```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

GREAT AMERICAN ALLIANCE INSURANCE
COMPANY,

              Plaintiff,

   - against -

NEW NINTH AVENUE CORPORATION, ET AL.,

              Defendants.

24-cv-4796 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 24, 2024.

SO ORDERED.

Dated:    New York, New York
           September 10, 2024

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge