UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT AMERICAN ALLIANCE
INSURANCE COMPANY,
                          Plaintiff(s)

                24 civ 4796 (JGK)

        -against-

NEW NINTH AVENUE CORPORATION and
NEW BEDFORD MANAGEMENT
CORPORATION,
                         Defendant(s).
-----------------------------------------------------------------X

## ORDER

A 26(f) report having been submitted to the Court

The conference scheduled for Thursday, October 3, 2024, at 4:30pm is canceled.

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 24, 2024