```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GREAT AMERICAN ALLIANCE INSURANCE
COMPANY,

24-cv-4796 (JGK)

Plaintiff,

ORDER

- against -

NEW NINTH AVENUE CORPORATION, ET
AL.,

Defendants.

JOHN G. KOELTL, District Judge:

The time for the defendants to withdraw the counterclaims or file any amended counterclaims is extended to **October 18, 2024**.

The time for the plaintiff to answer or otherwise respond to any amended counterclaims is **November 4, 2024**.

If the plaintiff moves to dismiss any amended counterclaims, the defendant may respond by **November 18, 2024**. The plaintiff may reply by **December 2, 2024**.

SO ORDERED.

Dated:   New York, New York
         October 1, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge